# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) Criminal Action No. 23-00129-TFM-B |
| | ) |
| **KRISTEN WILLIAMS,** | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Motion to Return Property filed by Defendant Kristen Williams (doc. 31).[1] Williams moves the Court to return her cell phone. She argues that because the cell phone has been analyzed, it no longer has any evidentiary value and the United States "should have no need for the property as evidence continues." (Id). The United States responds that Williams has not met her burden of showing she is entitled to return of the cell phone because Williams used the cell phone in furtherance of a fraud conspiracy, and therefore, it is contraband and subject to forfeiture (doc. 39). The United States also argues that the cell phone contains significant evidentiary value and because the proceedings have not concluded, the United States needs it as evidence continues (Id.). The United States also argues that the physical cell phone is itself evidence, which if Williams proceeds to trial, will be offered into evidence by way of the witness who copied its content (Id.).

---

[1] Williams did not identify any rule of procedure or case law in support of her motion. However, Rule 41(g) of the Federal Rules of Criminal Procedure apply to motions for return of property.

The district courts may incorporate a party's argument to serve as its basis and explanation for its decision, if those arguments, in conjunction with the record, provide the Court of Appeals with an opportunity to engage in meaningful review. <u>United States v. Valencia-Trujillo</u>, 462 Fed. Appx. 894, 897 (11th Cir. 2012); <u>see also</u> <u>United States v. O'Neil,</u> 671 Fed. Appx. 758, 759 (11th Cir. 2016), cert. denied, 138 S. Ct. 245, 199 L. Ed. 2d 157 (2017) (same). Upon consideration of the Motion, the Response, and the record, the Court adopts and incorporates the United States' Response as the basis and explanation for its decision. Accordingly, William's Motion (doc. 31) is DENIED.

DONE and ORDERED this 8th day of November 2023

                                           s / Kristi K. DuBose
                                           KRISTI K. DuBOSE
                                           UNITED STATES DISTRICT JUDGE